| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

# United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br><br>Javier Anguiano<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/22/2023         Javier Anguiano                  [signature]
                         Printed name of Debtor 1         Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____     _____
                          Printed name of Debtor 2      Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

Little Caesar Enterprises Inc.    2125 WOODWARD AVE Detroit, MI 48201-3467
Javier Angulano    9049 63rd street Jurupa Valley, CA 92509

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Javier Angulano | Little Caesar Enterprises Inc. | 8043236 | 08/01/2023 | 08/07/2023 | 08/14/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 26.09 | 404.40 | 0.00 | 69.58 | 0.00 | 334.82 |
| YTD | 162.98 | 2,543.97 | 0.00 | 409.31 | 0.00 | 2,134.66 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 08/01/2023 - 08/07/2023 | 26.09 | 15.5 | 404.40 | 162.69 | 2,521.72 |
| Meal Penalty | | 0 | | | 1 | 15.50 |
| Overtime Blended | | 0 | | | 0.29 | 6.75 |
| Earnings | | | | 404.40 | | 2,543.97 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 25.08 | 157.73 |
| Medicare | 5.87 | 36.89 |
| Federal Withholding | 30.43 | 174.73 |
| State Tax Work - CA | 4.56 | 17.06 |
| CA SDI - CASDI | 3.64 | 22.90 |
| Taxes | 69.58 | 409.31 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 404.40 | 2,543.97 |
| Medicare - Taxable Wages | 404.40 | 2,543.97 |
| Federal Withholding - Taxable Wages | 404.40 | 2,543.97 |
| State Tax Work Taxable Wages - CA | 404.40 | 2,543.97 |

| Marital Status | Federal Single or Married filing separately | State Single or Married (with two or more incomes) |
|---|---|---|
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Leave Hours | 0 | 0 | 4.56 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase ******6185 | ******6185 | | 334.82 USD |

Little Caesar Enterprises Inc.    2125 WOODWARD AVE Detroit, MI 48201-3467
Javier Anguiano    9049 63rd street Jurupa Valley, CA 92509

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Javier Anguiano | Little Caesar Enterprises Inc. | 8043236 | 08/08/2023 | 08/14/2023 | 08/21/2023 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 18.00 | 291.65 | 0.00 | 39.22 | 0.00 | 252.43 |
| YTD | 180.98 | 2,835.62 | 0.00 | 448.53 | 0.00 | 2,387.09 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 08/08/2023 - 08/14/2023 | 18 | 15.5 | 279.00 | 180.69 | 2,800.72 |
| Meal Penalty | | 0 | | | 1 | 15.50 |
| Overtime Blended | | 0 | | | 0.29 | 6.75 |
| Tip Earnings (Non 1 | 08/08/2023 - 08/14/2023 | 0 | 0 | 12.65 | 0 | 12.65 |
| Earnings | | | | 291.65 | | 2,835.62 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 17.29 | 175.02 |
| Medicare | 4.04 | 40.93 |
| Federal Withholding | 15.38 | 190.11 |
| State Tax Work - CA | 0.00 | 17.06 |
| CA SDI - CASDI | 2.51 | 25.41 |
| Taxes | 39.22 | 448.53 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 279.00 | 2,822.97 |
| Medicare - Taxable Wages | 279.00 | 2,822.97 |
| Federal Withholding - Taxable Wages | 279.00 | 2,822.97 |
| State Tax Work Taxable Wages - CA | 279.00 | 2,822.97 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Leave Hours | 0 | 0 | 4.56 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase ******6185 | ******6185 | | 252.43 USD |

Little Caesar Enterprises Inc.   2125 WOODWARD AVE Detroit, MI 48201-3467
Javier Anguiano   9049 63rd street Jurupa Valley, CA 92509

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Javier Anguiano | Little Caesar Enterprises Inc. | 8043236 | 08/15/2023 | 08/21/2023 | 08/28/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 28.59 | 465.11 | 0.00 | 81.72 | 0.00 | 383.39 |
| YTD | 209.57 | 3,300.73 | 0.00 | 530.25 | 0.00 | 2,770.48 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 08/15/2023 - 08/21/2023 | 28.59 | 15.5 | 443.15 | 209.28 | 3,243.87 |
| Meal Penalty | | 0 | | | 1 | 15.50 |
| Overtime Blended | | 0 | | | 0.29 | 6.75 |
| Tip Earnings (Non T | 08/15/2023 - 08/21/2023 | 0 | 0 | 7.35 | 0 | 20.00 |
| Tip Earnings (Taxat | 08/15/2023 - 08/21/2023 | 0 | 0 | 14.61 | 0 | 14.61 |
| Earnings | | | | 465.11 | | 3,300.73 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 28.39 | 203.41 |
| Medicare | 6.64 | 47.57 |
| Federal Withholding | 36.84 | 226.95 |
| State Tax Work - CA | 5.73 | 22.79 |
| CA SDI - CASDI | 4.12 | 29.53 |
| Taxes | 81.72 | 530.25 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 457.76 | 3,280.73 |
| Medicare - Taxable Wages | 457.76 | 3,280.73 |
| Federal Withholding - Taxable Wages | 457.76 | 3,280.73 |
| State Tax Work Taxable Wages - CA | 457.76 | 3,280.73 |

| Marital Status | Federal Single or Married filing separately | State Single or Married (with two or more incomes) |
|---|---|---|
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Leave Hours | 0 | 0 | 4.56 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase | Chase ****6185 | ****6185 | | 383.39 | USD |

Little Caesar Enterprises Inc.  2125 WOODWARD AVE Detroit, MI 48201-3467
Javier Anguiano  9049 63rd street Jurupa Valley, CA 92509

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Javier Anguiano | Little Caesar Enterprises Inc. | 8043236 | 08/22/2023 | 08/28/2023 | 09/01/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 23.79 | 385.51 | 0.00 | 65.27 | 0.00 | 320.24 |
| YTD | 233.36 | 3,686.24 | 0.00 | 595.52 | 0.00 | 3,090.72 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 08/22/2023 - 08/28/2023 | 23.79 | 15.5 | 368.75 | 233.07 | 3,612.62 |
| Meal Penalty | | 0 | | | 1 | 15.50 |
| Overtime Blended | | 0 | | | 0.29 | 6.75 |
| Tip Earnings (Non T | | 0 | | | 0 | 20.00 |
| Tip Earnings (Taxa) | 08/22/2023 - 08/28/2023 | 0 | 0 | 16.76 | 0 | 31.37 |
| Earnings | | | | 385.51 | | 3,686.24 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 23.90 | 227.31 |
| Medicare | 5.59 | 53.16 |
| Federal Withholding | 28.17 | 255.12 |
| State Tax Work - CA | 4.14 | 26.93 |
| CA SDI - CASDI | 3.47 | 33.00 |
| Taxes | 65.27 | 595.52 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 385.51 | 3,666.24 |
| Medicare - Taxable Wages | 385.51 | 3,666.24 |
| Federal Withholding - Taxable Wages | 385.51 | 3,666.24 |
| State Tax Work Taxable Wages - CA | 385.51 | 3,666.24 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Leave Hours | 0 | 0 | 4.56 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase ******6185 | ******6185 | | 320.24 USD |

Little Caesar Enterprises Inc.  2125 WOODWARD AVE Detroit, MI 48201-3467
Javier Anguiano   9049 63rd street Jurupa Valley, CA 92509

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Javier Anguiano | Little Caesar Enterprises Inc. | 8043236 | 08/29/2023 | 09/04/2023 | 09/11/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 28.46 | 469.08 | 0.00 | 80.76 | 0.00 | 388.32 |
| YTD | 261.82 | 4,155.32 | 0.00 | 676.28 | 0.00 | 3,479.04 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 08/29/2023 - 09/04/2023 | 28.46 | 15.5 | 441.13 | 261.53 | 4,053.75 |
| Meal Penalty | | | 0 | | 1 | 15.50 |
| Overtime Blended | | | 0 | | 0.29 | 6.75 |
| Tip Earnings (Non | 08/29/2023 - 09/04/2023 | 0 | 0 | 15.48 | 0 | 35.48 |
| Tip Earnings (Taxa | 08/29/2023 - 09/04/2023 | 0 | 0 | 12.47 | 0 | 43.84 |
| Earnings | | | | 469.08 | | 4,155.32 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 28.12 | 255.43 |
| Medicare | 6.58 | 59.74 |
| Federal Withholding | 36.34 | 291.46 |
| State Tax Work - CA | 5.64 | 32.57 |
| CA SDI - CASDI | 4.08 | 37.08 |
| Taxes | 80.76 | 676.28 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 453.60 | 4,119.84 |
| Medicare - Taxable Wages | 453.60 | 4,119.84 |
| Federal Withholding - Taxable Wages | 453.60 | 4,119.84 |
| State Tax Work Taxable Wages - CA | 453.60 | 4,119.84 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Leave Hours | 3.21 | 0 | 7.77 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase ****6185 | ****6185 | | 388.32  USD |

Little Caesar Enterprises Inc. 2125 WOODWARD AVE Detroit, MI 48201-3467
Javier Anguiano 9049 63rd street Jurupa Valley, CA 92509

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Javier Anguiano | Little Caesar Enterprises Inc. | 8043236 | 09/05/2023 | 09/11/2023 | 09/18/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 28.28 | 457.73 | 0.00 | 80.67 | 0.00 | 377.06 |
| YTD | 290.10 | 4,613.05 | 0.00 | 756.95 | 0.00 | 3,856.10 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 09/05/2023 - 09/11/2023 | 28.28 | 15.5 | 438.34 | 289.81 | 4,492.09 |
| Meal Penalty | | 0 | | | 1 | 15.50 |
| Overtime Blended | | 0 | | | 0.29 | 6.75 |
| Tip Earnings (Non T | 09/05/2023 - 09/11/2023 | 0 | 0 | 4.52 | 0 | 40.00 |
| Tip Earnings (Taxab | 09/05/2023 - 09/11/2023 | 0 | 0 | 14.87 | 0 | 58.71 |
| Earnings | | | | 457.73 | | 4,613.05 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 28.10 | 283.53 |
| Medicare | 6.57 | 66.31 |
| Federal Withholding | 36.29 | 327.75 |
| State Tax Work - CA | 5.63 | 38.20 |
| CA SDI - CASDI | 4.08 | 41.16 |
| Taxes | 80.67 | 756.95 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 453.21 | 4,573.05 |
| Medicare - Taxable Wages | 453.21 | 4,573.05 |
| Federal Withholding - Taxable Wages | 453.21 | 4,573.05 |
| State Tax Work Taxable Wages - CA | 453.21 | 4,573.05 |

| | Federal | State | | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | | | | |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Leave Hours | 0 | 0 | 7.77 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase | Chase *****6185 | *****6185 | | 377.06 | USD |



Little Caesar Enterprises Inc.   2125 WOODWARD AVE Detroit, MI 48201-3467
Javier Anguiano   9049 63rd street Jurupa Valley, CA 92509

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Javier Anguiano | Little Caesar Enterprises Inc. | 8043236 | 09/12/2023 | 09/18/2023 | 09/25/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 22.08 | 359.93 | 0.00 | 59.45 | 0.00 | 300.48 |
| YTD | 312.18 | 4,972.98 | 0.00 | 816.40 | 0.00 | 4,156.58 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 09/12/2023 - 09/18/2023 | 22.08 | 15.5 | 342.24 | 311.89 | 4,834.33 |
| Meal Penalty | | 0 | | | 1 | 15.50 |
| Overtime Blended | | 0 | | | 0.29 | 6.75 |
| Tip Earnings (Non T | | 0 | | | 0 | 40.00 |
| Tip Earnings (Taxa | 09/12/2023 - 09/18/2023 | 0 | 0 | 17.69 | 0 | 76.40 |
| Earnings | | | | 359.93 | | 4,972.98 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 22.31 | 305.84 |
| Medicare | 5.22 | 71.53 |
| Federal Withholding | 25.10 | 352.85 |
| State Tax Work - CA | 3.58 | 41.78 |
| CA SDI - CASDI | 3.24 | 44.40 |
| Taxes | 59.45 | 816.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 359.93 | 4,932.98 |
| Medicare - Taxable Wages | 359.93 | 4,932.98 |
| Federal Withholding - Taxable Wages | 359.93 | 4,932.98 |
| State Tax Work Taxable Wages - CA | 359.93 | 4,932.98 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Leave Hours | 0 | 0 | 7.77 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase *****6185 | *****6185 | | 300.48 USD |

Little Caesar Enterprises Inc. 2125 WOODWARD AVE Detroit, MI 48201-3467
Javier Anguiano 9049 63rd street Jurupa Valley, CA 92509

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Javier Anguiano | Little Caesar Enterprises Inc. | 8043236 | 09/19/2023 | 09/25/2023 | 10/02/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 25.58 | 421.49 | 0.00 | 73.46 | 0.00 | 348.03 |
| YTD | 337.76 | 5,394.47 | 0.00 | 889.86 | 0.00 | 4,504.61 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 09/19/2023 - 09/25/2023 | 25.58 | 15.5 | 396.49 | 337.47 | 5,230.82 |
| Meal Penalty | | 0 | | | 1 | 15.50 |
| Overtime Blended | | 0 | | | 0.29 | 6.75 |
| Tip Earnings (Non T | | 0 | | | 0 | 40.00 |
| Tip Earnings (Taxa | 09/19/2023 - 09/25/2023 | 0 | 0 | 25.00 | 0 | 101.40 |
| Earnings | | | | 421.49 | | 5,394.47 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 26.14 | 331.98 |
| Medicare | 6.11 | 77.64 |
| Federal Withholding | 32.48 | 385.33 |
| State Tax Work - CA | 4.94 | 46.72 |
| CA SDI - CASDI | 3.79 | 48.19 |
| Taxes | 73.46 | 889.86 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 421.49 | 5,354.47 |
| Medicare - Taxable Wages | 421.49 | 5,354.47 |
| Federal Withholding - Taxable Wages | 421.49 | 5,354.47 |
| State Tax Work Taxable Wages - CA | 421.49 | 5,354.47 |

| Marital Status | Federal Single or Married filing separately | State Single or Married (with two or more incomes) |
|---|---|---|
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Leave Hours | 0 | 0 | 7.77 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase | Chase ******6185 | ******6185 | | 348.03 | USD |

Little Caesar Enterprises Inc.  2125 WOODWARD AVE Detroit, MI 48201-3467
Javier Anguiano   9049 63rd street Jurupa Valley, CA 92509

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Javier Anguiano | Little Caesar Enterprises Inc. | 8043236 | 09/26/2023 | 10/02/2023 | 10/06/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 21.82 | 361.76 | 0.00 | 59.47 | 0.00 | 302.29 |
| YTD | 359.58 | 5,756.23 | 0.00 | 949.33 | 0.00 | 4,806.90 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 09/26/2023 - 10/02/2023 | 21.82 | 15.5 | 338.21 | 359.29 | 5,569.03 |
| Meal Penalty | | 0 | | | 1 | 15.50 |
| Overtime Blended | | 0 | | | 0.29 | 6.75 |
| Tip Earnings (Non | 09/26/2023 - 10/02/2023 | 0 | 0 | 1.71 | 0 | 41.71 |
| Tip Earnings (Taxat | 09/26/2023 - 10/02/2023 | 0 | 0 | 21.84 | 0 | 123.24 |
| Earnings | | | | 361.76 | | 5,756.23 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 22.32 | 354.30 |
| Medicare | 5.22 | 82.86 |
| Federal Withholding | 25.11 | 410.44 |
| State Tax Work - CA | 3.58 | 50.30 |
| CA SDI - CASDI | 3.24 | 51.43 |
| Taxes | 59.47 | 949.33 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 360.05 | 5,714.52 |
| Medicare - Taxable Wages | 360.05 | 5,714.52 |
| Federal Withholding - Taxable Wages | 360.05 | 5,714.52 |
| State Tax Work Taxable Wages - CA | 360.05 | 5,714.52 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Leave Hours | 3.48 | 0 | 11.26 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase *****6185 | *****6185 | | 302.29 USD |

Pay Period: 07/29/2023 - 08/11/2023

| | |
|---|---|
| WIN: *****4361 | Deposit Date: 08-17-2023 |
| | Advice # 654877919 |
| PAID TO | |
| JAVIER ANGUIANO | $1,194.00 |

| | | | | |
|---|---|---|---|---|
| 9049 63RD STREET | J.P. MORGAN CHASE | CHECK DEPOSIT | xxxxxx6185 | $1,194.00 |
| JURUPA VALLEY, CA 92509 | BANK, N. | | | |

THIS IS NOT A REAL CHECK


Netpay
Deductions
Taxes

07/29 - 08/11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 79.92 | $18.7000 | $1,494.50 | $21,979.98 | MED ARR TXBLE | $0.00 | $62.91 |
| OVERTIME EARN | 0.02 | $28.0500 | $0.56 | $69.83 | DEN ARR TXBLE | $0.00 | $14.23 |
| PROTPTOUS EDRR | | | $0.00 | $442.00 | INS DEN U* | $8.30 | $89.00 |
| W+ MBR GROSS | | | $0.00 | $101.69 | INS MED U HMO* | $36.70 | $367.00 |
| WRKDHRS. | 79.94 | | | | W+ MBR NET | $0.00 | $63.92 |
| Total | | | $1,495.06 | $22,593.50 | Total | $45.00 | $591.06 |

PTO AVAILABLE  17.21
PROTPTOUSEDYTD  26.00
PROTECTED PTO  17.59

Pay Category  Hourly

Tax Method  Single
Claim Dependents  $0.00
Additional Withholding  $0.00

| | | |
|---|---|---|
| FEDERAL TAX | $101.52 | $1,484.49 |
| SOCIAL SECURITY | $89.91 | $1,372.90 |
| MEDICARE | $21.02 | $321.08 |
| CALIFORNIA | $30.46 | $434.00 |
| SDI | $13.05 | $199.25 |
| Total | $256.06 | $2,811.72 |

Tax Method  Single
Exemptions  0
Additional Withholding  $0.00

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,194.00 | $18,190.72 |

Pay Period: 08/12/2023 - 08/25/2023

| | | |
|---|---|---|
| WIN: *****4361 | Deposit Date: 08-31-2023 | |
| | Advice # 656410822 | |
| PAID TO | | |
| JAVIER ANGUIANO | $1,141.81 | |
| 9049 63RD STREET | J.P. MORGAN CHASE | CHECK DEPOSIT xxxxxxx6385  $1,141.81 |
| JURUPA VALLEY, CA 92509 | BANK, N. | |
| THIS IS NOT A REAL CHECK | | |

08/12 - 08/25

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 75.90 | $18.7000 | $1,419.33 | $23,399.31 | MED ARR TXBLE | $0.00 | $62.91 | PTO AVAILABLE | 19.05 |
| OVERTIME EARN | 0.22 | $28.0500 | $6.17 | $76.00 | DEN ARR TXBLE | $0.00 | $14.23 | PROTPTOUSEDYTD | 26.00 |
| PROTPTOUS EDRR | | | $0.00 | $442.00 | INS DEN U | $8.30 | $91.30 | PROTECTED PTO | 20.14 |
| W+ MBR GROSS | | | $0.00 | $107.67 | INS MED U HMO | $36.70 | $403.70 | Pay Category | Hourly |
| WRKDHRS | 76.12 | | | | W+ MBR NET | $0.00 | $107.68 | | |
| Total | | | $1,425.50 | $24,024.98 | Total | $45.00 | $639.82 | Tax Method | Single |
| | | | | | | | | Claim Dependents | $0.00 |
| | | | | | | | | Additional Withholding | $0.00 |

| | | | |
|---|---|---|---|
| FEDERAL TAX | $93.27 | $1,579.08 | |
| SOCIAL SECURITY | $85.59 | $1,458.86 | Tax Method   Single |
| MEDICARE | $20.01 | $341.18 | Exemptions   0 |
| CALIFORNIA | $27.40 | $461.79 | Additional Withholding   $0.00 |
| SDI | $12.42 | $211.72 | |
| Total | $238.69 | $4,052.63 | |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,141.81 | $19,332.53 |

Pay Period: 08/26/2023 - 09/08/2023

---

WIN: ******4361

PAID TO

**JAVIER ANGUIANO**

Deposit Date: 09-14-2023
Advice # 657938494

**$1,146.98**

9049 63RD STREET
JURUPA VALLEY, CA 92509

J.P. MORGAN CHASE BANK, N.

CHECK DEPOSIT

xxxxxxx6185

$1,146.98

THIS IS NOT A REAL CHECK

---

Net pay
Deductions
Taxes

08/26 - 09/08

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 68.48 | $18.7000 | $1,280.58 | $24,679.89 | MED ARR TXBLE | | $0.00 | $62.91 |
| OVERTIME EARN | 0.08 | $28.0500 | $2.24 | $78.24 | DEN ARR TXBLE | $0.00 | $14.23 |
| PROTPTOUS EDRR | | | $0.00 | $442.00 | INS DEN U * | $8.30 | $99.60 |
| W+ MBR GROSS | | | $0.00 | $113.65 | INS MED U HMO* | $36.70 | $440.40 |
| PTO PAY | 8.00 | $18.7000 | $149.60 | $149.60 | W+ MBR NET | $0.00 | $71.44 |
| WRKDHRS | 68.56 | | | | Total | $45.00 | $688.58 |
| Total | | | $1,432.42 | $25,463.38 | | | |

PTO AVAILABLE  32.95
PROTPTOUSEDYTD  26.00
PROTECTED PTO  22.72

Pay Category  Hourly

Tax Method  Single
Claim Dependents  $0.00
Additional Withholding  $0.00

Tax Method  Single
Exemptions  0
Additional Withholding  $0.00

| | | |
|---|---|---|
| FEDERAL TAX | $9.10 | $1,674.50 |
| SOCIAL SECURITY | $86.02 | $1,545.25 |
| MEDICARE | $20.12 | $361.39 |
| CALIFORNIA | $27.71 | $489.89 |
| SDI | $12.49 | $224.26 |
| Total | $240.44 | $4,295.29 |

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,146.98 | $20,479.51 |

Pay Period: 09/09/2023 - 09/22/2023

| | |
|---|---|
| WIN: *****4361 | Deposit Date: 09-28-2023 |
| | Advice # 659470095 |
| PAID TO | |
| JAVIER ANGUIANO | $1,193.17 |
| 9049 63RD STREET | J.P. MORGAN CHASE BANK, N.    CHECK DEPOSIT    xxxxxxx6185    $1,193.17 |
| JURUPA VALLEY, CA 92509 | |
| THIS IS NOT A REAL CHECK | |

09/09 - 09/22

PTO AVAILABLE  14.88
PROTPTOUSEDYTD  35.00
PROTECTED PTO  16.40

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 70.83 | $18.7000 | $1,324.52 | $26,004.41 | MED ARR TXBLE | $0.00 | $62.91 |
| OVERTIME EARN | 0.04 | $28.0500 | $1.12 | $79.36 | DEN ARR TXBLE | $0.00 | $14.23 |
| PROTPTOUS EDRR | 9.00 | $18.7000 | $168.30 | $610.30 | INS DEN U | $8.30 | $107.90 |
| W+ MBR GROSS | | | $0.00 | $149.63 | INS MED U HMO | $36.70 | $477.10 |
| PTO PAY | | | $0.00 | $149.60 | W+ MBR RET | $0.00 | $75.20 |
| WRKDHRS | 70.87 | | | | Total | $45.00 | $737.34 |
| Total | | | $1,493.94 | $26,963.30 | | | |

Pay Category  Hourly

Tax Method  Single
Claim Dependents  $0.00
Additional Withholding  $0.00

| | | |
|---|---|---|
| FEDERAL TAX | $101.48 | $1,777.30 |
| SOCIAL SECURITY | $89.83 | $1,636.45 |
| MEDICARE | $21.01 | $382.49 |
| CALIFORNIA | $30.41 | $520.69 |
| SDI | $13.04 | $237.35 |
| Total | $255.77 | $4,553.28 |

Tax Method  Single
Exemptions  0
Additional Withholding  $0.00

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,193.17 | $21,672.68 |

Pay Period: 09/23/2023 - 10/06/2023

| WIN: ****4361 | | | | Deposit Date: 10-12-2023 |
|---|---|---|---|---|
| | | | | Advice # 661015958 |
| PAID TO | | | | |
| JAVIER ANGUIANO | | | | $1,079.07 |
| 9049 63RD STREET | J.P. MORGAN CHASE | CHECK DEPOSIT | xxxxxxx5989 | $1,079.07 |
| JURUPA VALLEY, CA 92509 | BANK, N. | | | |

09/23 - 10/06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 55.70 | $18.7000 | $1,041.59 | $27,046.00 | MED ARR TXBLE | $0.00 | $62.91 |
| OVERTIME EARN | 0.04 | $28.0500 | $1.12 | $80.48 | DEN ARR TXBLE | $0.00 | $14.23 |
| PROTPTOUS EDRR | 16.00 | $18.7000 | $299.20 | $909.50 | INS DEN U * | $8.30 | $116.20 |
| W+ MBR GROSS | | | $0.00 | $125.63 | INS MED U HMO* | $36.70 | $513.80 |
| PTO PAY | | | $0.00 | $149.60 | W+ MBR NET | $0.00 | $78.96 |
| WRKDHRS | 55.74 | | | | Total | $45.00 | $786.10 |
| Total | | | $1,341.91 | $28,311.39 | | | |

PTO AVAILABLE 16.60
PROTPTOUSEDYTD 51.00
PROTECTED PTO 2.80

Pay Category    Hourly

Tax Method    Single
Claim Dependents    $0.00
Additional Withholding    $0.00

Tax Method    Single
Exemptions    0
Additional Withholding    $0.00

| | | |
|---|---|---|
| FEDERAL TAX | $83.24 | $1,861.86 |
| SOCIAL SECURITY | $80.45 | $1,716.23 |
| MEDICARE | $18.80 | $401.38 |
| CALIFORNIA | $23.72 | $544.80 |
| SDI | $11.67 | $249.07 |
| Total | $217.84 | $4,773.34 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,079.07 | $22,751.75 |