Certificate Number: 14912-CAC-DE-037912091

Bankruptcy Case Number: 23-14666



14912-CAC-DE-037912091

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2023, at 2:09 o'clock PM EST, Javier Anguiano completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   November 5, 2023    By:   /s/Jai Bhatt

Name:   Jai Bhatt

Title:   Counselor